UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GACC, LLC d/b/a SHENANIGAN'S,

                Plaintiff,

- against -

BONWORTH, INC.,

                Defendant.

BONWORTH, INC.,

                Plaintiff,

-against-

SML SPORT LLC, CHRISTOPHER DALPIAZ and KATHY DALPIAZ,

                Defendants.

**ORDER**

17 Civ. 2863 (PGG)
17 Civ. 6585 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons discussed at today's hearing, BonWorth, Inc.'s remaining claims and counterclaims in the above-captioned cases are dismissed for failure to prosecute. The motion to dismiss filed by the Defendants in BonWorth, Inc. v. SML Sport, 17 Civ. 6585 (SML Dkt. No. 79) is granted. The Clerk of Court will terminate the motion and close 17 Civ. 6585.

Dated: New York, New York
       November 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge